UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS KRAEMER, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 24-2481 (UNA) |
| ) | |
| U.S. SOCIAL SECURITY GENERAL   ) | |
| COUNSEL, TINA M. WADDELL,   ) | |
| ) | |
| Defendant.   ) | |

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on review of plaintiff Thomas Kraemer's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). For the reasons discussed below, the Court will grant the application and dismiss this action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of res judicata applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). When a pleading "contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and

personal comments [,]" it does not fulfill the requirements of Rule 8. *Jiggetts v. District of Columbia*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. District of Columbia*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017). "A confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted).

The complaint fails to meet the minimal pleading standard set forth in Rule 8(a). Plaintiff's claims appear to arise from the education of his minor daughter, who may or may not have had a disability, in Pennsylvania schools. The complaint is disorganized and fails to provide adequate notice of a legal claim against the defendant. The hundreds of pages of exhibits shed no further light on plaintiff's claims. Accordingly, the complaint fails to meet the minimal pleading standard set forth in Rule 8(a). Moreover, the plaintiff fails to adequately set forth a basis for *this* Court's jurisdiction, and the caption of the complaint suggests plaintiff intended to file this case in the Eastern District of Pennsylvania.

Accordingly, it is

**ORDERED** that the plaintiff's application to proceed *in forma pauperis* is **GRANTED**; it is further

**ORDERED** that the complaint is **dismissed** without prejudice.

This is a final appealable Order.

The Clerk of Court shall close this case.

**SO ORDERED.**

DATE: September 27, 2024

DABNEY L. FRIEDRICH
United States District Judge